```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/9/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DEREK MONDELLO, *on behalf of himself and all others similarly situated,*

                              Plaintiff,

-against-

DAVID BARTON, *individually*, TMPL HOLDINGS LLC, and 99TH AVENUE HOLDINGS, LLC, *individually, d/b/a/ TMPL Gym*,

                              Defendants.

-------------------------------------------------------------X

18-cv-12211 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of the Settlement Agreement filed by the Parties on August 30, 2019. ECF No. 27. The Court has reviewed the Settlement Agreement, as well as the accompanying fairness motion, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). ECF No. 35. The Court finds it to be fair and reasonable and approves the Settlement. Accordingly, this matter is hereby discontinued with prejudice and without costs or fees as to any party.

**SO ORDERED.**

Dated: September 9, 2019
       New York, New York

                                                ANDREW L. CARTER, JR.
                                                **United States District Judge**